193 So.2d 529

George W. EARLES

v.

Fred D. VOLENTINE et al.

No. 48507.

Jan. 20, 1967.

In re: Fred D. Volentine, Wanda Head, Southern Farm Bureau Casualty Insurance Company and State Farm Mutual Automobile Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier, 191 So.2d 740.

Writ refused. On the facts found by the Court of Appeal its judgment is correct.